16 So.3d 313 (2009)
SANTA ROSA GOLF ASSOCIATES, INC., Appellant,
v.
William M. HARAWAY, III, and Dana Haraway, Husband and Wife, Appellees.
No. 1D08-4291.
District Court of Appeal of Florida, First District.
September 1, 2009.
*314 Bruce D. Partington and Jeremy C. Branning of Clark, Partington, Hart, Larry, Bond & Stackhouse, Pensacola, for Appellant.
Robert O. Beasley and Chris K. Ritchie of Litvak Beasley & Wilson, LLP, Pensacola, for Appellees.
Prior report: 998 So.2d 1166.
PER CURIAM.
REVERSE and REMAND. See Lamb v. Matetzschk, 906 So.2d 1037 (Fla.2005); Willis Shaw Exp., Inc. v. Hilyer Sod, Inc., 849 So.2d 276 (Fla.2003).
BROWNING, ROBERTS, and CLARK, JJ., concur.